UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TAYQUAN CLARK, #14005403,

          Plaintiff,

    -against-

NASSAU COUNTY SHERIFF"S DEPARTMENT, *et al.*,

          Defendants.
----------------------------------------------------------X

OPINION & ORDER
16-CV-00121(JFB)(SIL)

JOSEPH F. BIANCO, District Judge:

By Order dated April 19, 2016 (the "Order"), the Court granted the application from incarcerated *pro se* plaintiff Tayquan Clark ("plaintiff") to proceed *in forma pauperis* and dismissed the complaint without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii-iii), 1915A(b). Plaintiff was granted leave to file an amended complaint within thirty (30) days from the date of the Order. Plaintiff was cautioned that judgment shall enter and the case will be closed if he fails to file an amended complaint within the time allowed. To date, plaintiff has not filed an amended complaint nor has he otherwise communicated with the Court. Accordingly, the Clerk of the Court shall enter judgment, close this case, and mail a copy of this Order to the *pro se* plaintiff.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

**SO ORDERED.**

Dated: June 20, 2016
       Central Islip, New York

Joseph F. Bianco
United States District Judge

1